UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGHAN ABBOTT,<br><br>             Plaintiff,<br><br>v.<br><br>WELSPUN INDIA LTD., and WELSPUN USA INC.,<br><br>             Defendants. | Case No. 1:16-cv-6792 (AT) (DCF)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

**DEFENDANT WELSPUN USA, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Welspun USA, Inc. certifies that it is a subsidiary of Welspun India Ltd. and Welspun Global Brands Ltd.

Dated: September 29, 2016
       New York, NY

KIRKLAND & ELLIS LLP

*s/ Warren Haskel*
Joseph Serino Jr., P.C.
Atif Khawaja, P.C.
Warren Haskel
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
jserino@kirkland.com
akhawaja@kirkland.com
whaskel@kirkland.com

*Counsel for Defendant Welspun USA, Inc.*