September 29, 2016

VIA ECF

The Honorable Analisa Torres
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Abbott v. Welspun India Ltd., et al.*, Case No. 1:16 Civ. 6792-AT-DCF

Dear Judge Torres:

The undersigned represent Plaintiff Meghan Abbott and Defendant Welspun USA, Inc. in the above matter. Plaintiff filed this action on August 29, 2016, and Defendant Welspun USA's current deadline to answer or otherwise respond is October 5, 2016. The other defendant in this case, Welspun India Ltd., is located in India and has not yet been served.

Plaintiff intends to file an amended complaint. To avoid unnecessary filings, Plaintiff and Welspun USA jointly request that Plaintiff may have until November 16, 2016, to file an amended complaint, and that Welspun USA will file its answer or otherwise respond within 45 days of the amended complaint's filing. This is the first request for such relief.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /Robert B. Carey/ /WH/
Jason Zweig
555 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 752-5455
Facsimile: (212) 210-3980
jasonz@hbsslaw.com

Robert B. Carey *(pro hac vice* pending)
Leonard W. Aragon *(pro hac vice* pending)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com

KIRKLAND & ELLIS LLP

By: /s/ Warren Haskel
Joseph Serino, Jr., P.C.
Atif Khawaja, P.C.
Warren Haskel
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
jserino@kirkland.com
akhawaja@kirkland.com
whaskel@kirkland.com

*Counsel for Defendant Welspun USA, Inc.*

Stuart M. Paynter *(pro hac vice* pending)
THE PAYNTER LAW FIRM PLLC
1200 G. Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@paynterlawfirm.com

*Counsel for Plaintiff Meghan Abbott*