UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGHAN ABBOTT,<br><br>                                        Plaintiff,<br><br>     v.<br><br>WELSPUN INDIA LTD., and WELSPUN USA INC.,<br><br>                                        Defendants. | Case No. 1:16-cv-06792-RJS-DCF<br><br>ECF Case<br><br>CLASS ACTION |

### NOTICE OF JOINT APPLICATION OF HAGENS BERMAN AND STECKLER GRESHAM COCHRAN PLLC TO BE APPOINTED INTERIM CO-LEAD COUNSEL

PLEASE TAKE NOTICE that Plaintiffs Meghan Abbott, Ursula Keep, Elise Aasgaard, Nicole Jauer Reynolds, and Michelle Blair (collectively "Abbott Plaintiffs") move for appointment of Hagens Berman Sobol Shapiro LLP and Steckler Gresham Cochran PLLC as interim co-lead counsel for the putative class (collectively "Interim Co-Lead Counsel"), and McCune Wright LLP and The Paynter Law Firm as members of the Plaintiffs' Executive Committee ("PEC").

This Application is based on this Notice of Joint Application, the Joint Application to Appoint Hagens Berman and Steckler Gresham Cochran PLLC as Interim Co-Lead Counsel, the Declaration of Robert B. Carey in Support of Joint Application of Hagens Berman's and Steckler Gresham Cohran PLLC to be Appointed Interim Co-Lead Counsel, the Declaration of Bruce Steckler W. Steckler in Support of Joint Application of Hagens Berman's and Steckler Gresham Cohran PLLC to be Appointed Interim Co-Lead Counsel, the pleadings on file in this action, oral argument and such other matters as the Court may consider in these actions.

Dated: December 9, 2016.                    Respectfully submitted,

                                            HAGENS BERMAN SOBOL SHAPIRO LLP


                                            By:   *s/ Robert B. Carey*
                                            Robert B. Carey *(pro hac vice)*
                                            Leonard W. Aragon *(pro hac vice)*
                                            HAGENS BERMAN SOBOL SHAPIRO LLP
                                            11 West Jefferson Street, Suite 1000
                                            Phoenix, Arizona 85003
                                            Telephone:  (602) 840-5900
                                            Facsimile:  (602) 840-3012
                                            rob@hbsslaw.com
                                            leonard@hbsslaw.com

                                            Jason A. Zweig
                                            555 Fifth Avenue, Suite 1700
                                            New York, NY 10017
                                            Telephone: (212) 752-5455
                                            Facsimile: (212) 210-3980
                                            jasonz@hbsslaw.com

                                            Stuart M. Paynter *(pro hac vice* pending)
                                            THE PAYNTER LAW FIRM PLLC
                                            1200 G. Street NW, Suite 800
                                            Washington, D.C.  20005
                                            Telephone: (202) 626-4486
                                            Facsimile: (866) 734-0622
                                            stuart@paynterlawfirm.com

                                            *Attorneys for Plaintiff Meghan Abbott*


Dated: December 9, 2016.                    Respectfully submitted,

                                            MCCUNEWRIGHT, LLP


                                            By:   *s/ Joseph G. Sauder*

                                            Joseph G. Sauder
                                            Matthew D. Schelkopf
                                            Joseph B. Kenney
                                            555 Lancaster Ave
                                            Berwyn, Pennsylvania 19312

Telephone: (610) 200-0580
jgs@mccunewright.com
mds@mccunewright.com
jbk@mccunewright.com

*Attorneys for Plaintiff Ursula Keep*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 9, 2016, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                          *s/ Robert B. Carey*
                                          ROBERT B. CAREY