UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGHAN ABBOTT,<br><br>           Plaintiff,<br><br>v.<br><br>WELSPUN INDIA LTD., and WELSPUN USA INC.,<br><br>           Defendants. | Case No. 1:16-cv-6792-AT-DCF<br><br>ECF Case<br><br>CLASS ACTION |

**PROPOSED ORDER**

  The Application to Appoint Hagens Berman and Steckler Gresham Cochran PLLC as Interim Co-Lead Counsel came before this Court ("Application").

  Upon consideration of the Application, the papers submitted in support thereof, the applications filed by other counsel interested in serving as Interim Lead/Co-Lead Counsel, and each factor set forth in the Federal Rules of Civil Procedure 23, IT IS HEREBY ORDERED THAT:

  The Application is GRANTED.  Hagens Berman Sobol Shapiro LLP and Steckler Gresham Cochran PLLC are appointed Interim Co-Lead Counsel for the putative classes, and The Paynter Law Firm and McCune Wright LLP as members of the Plaintiffs' Executive Committee.

  IT IS SO ORDERED.


DATED: _____  _____
                   HONORABLE RICHARD J. SULLIVAN
                   UNITED STATES DISTRICT JUDGE