UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Welspun Litigation* | Consolidated Case No. 16-cv-6792 (RJS)<br><br>ECF Case<br><br>Class Action |

**NOTICE OF JOINT APPLICATION OF HAGENS BERMAN AND STECKLER GRESHAM COCHRAN PLLC TO BE APPOINTED INTERIM CO-LEAD COUNSEL**

PLEASE TAKE NOTICE that Plaintiffs Meghan Abbott, Ursula Keep, Elise Aasgaard, Nicole Jauer Reynolds, and Michelle Blair (collectively "Abbott Plaintiffs") move for appointment of Hagens Berman Sobol Shapiro LLP and Steckler Gresham Cochran PLLC as interim co-lead counsel for the putative class (collectively "Interim Co-Lead Counsel"), and McCune Wright LLP and The Paynter Law Firm as members of the Plaintiffs' Executive Committee ("PEC").

This Application is based on this Notice of Joint Application, the Joint Application to Appoint Hagens Berman and Steckler Gresham Cochran PLLC as Interim Co-Lead Counsel, the Declaration of Robert B. Carey in Support of Joint Application of Hagens Berman's and Steckler Gresham Cohran PLLC to be Appointed Interim Co-Lead Counsel, the Declaration of Bruce Steckler W. Steckler in Support of Joint Application of Hagens Berman's and Steckler Gresham Cohran PLLC to be Appointed Interim Co-Lead Counsel, the pleadings on file in this action, oral argument and such other matters as the Court may consider in these actions.

Dated: December 15, 2016.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *s/ Robert B. Carey*

Robert B. Carey *(pro hac vice)*
Leonard W. Aragon *(pro hac vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP

11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com

Jason A. Zweig
555 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 752-5455
Facsimile: (212) 210-3980
jasonz@hbsslaw.com

Stuart M. Paynter *(pro hac vice* pending)
THE PAYNTER LAW FIRM PLLC
1200 G. Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@paynterlawfirm.com

*Attorneys for Plaintiff Meghan Abbott*

Dated: December 15, 2016.

Respectfully submitted,

MCCUNEWRIGHT, LLP

By:   *s/ Joseph G. Sauder*

Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
555 Lancaster Ave
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0580
jgs@mccunewright.com
mds@mccunewright.com
jbk@mccunewright.com

*Attorneys for Plaintiff Ursula Keep*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2016, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                     *s/ Robert B. Carey*
                     ROBERT B. CAREY