UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Welspun Litigation* | Case No. 1:16-cv-6792-RJS-DCF<br><br>ECF Case<br><br>**RESPONSE OF DEFENDANT WELSPUN USA, INC. TO THE *AASGAARD* PLAINTIFFS' MOTION TO INTERVENE (D.I. 37)** |

Defendant Welspun USA, Inc. ("WUSA") consents to intervention in this action by Elise Aasgaard, Nicole Jauer Reynolds and Michelle Blair (the "*Aasgaard* Plaintiffs"), D.I. 37, who until December 12, 2016 sued WUSA in another action filed in the Eastern District of Missouri. *See Aasgaard, et al. v. Welspun USA, Inc., et al.*, No. 4:16CV1408RLW (E.D. Mo.). The intervention request by the *Aasgaard* Plaintiffs follows the dismissal without prejudice of that suit and the agreement by all plaintiffs who have sued WUSA to date to consolidate their separate cases into this matter. Although WUSA consents to intervention, WUSA denies and reserves all rights to challenge all other allegations contained in the *Aasgaard* Plaintiffs' intervention petition, including the allegations surrounding personal jurisdiction. *See, e.g.*, D.I. 38, at 1-2. And while the *Aasgaard* Plaintiffs collectively reference "Defendants" and "the parties," to WUSA's knowledge and belief, Defendant Welspun India Ltd. has not yet been served with process nor has it appeared in this action.

Dated: December 20, 2016
    New York, New York

*/s/ Warren Haskel*
Joseph Serino Jr., P.C.
jserino@kirkland.com
Atif Khawaja, P.C.
akhawaja@kirkland.com
Warren Haskel

warren.haskel@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendant Welspun USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

*/s/ Warren Haskel*
Warren Haskel