# EXHIBIT A



# Travel Policy

This document offers information and guidelines for business travel.  If practical, please consider whether the situation can be handled regionally or remotely.  (i.e. defending class rep depositions, taking third party depositions, business record depositions, and status conferences).  It is important to follow these guidelines to make sure that travelers are reimbursed for allowable expenses and that travel costs are kept to the minimum.

**PRE-APPROVAL REQUIRED FOR ALL TRAVEL –** *Please email to obtain pre-approval from the appropriate partner (Steve Berman, Tony Shapiro, Tom Sobol, Rob Carey, Jeff Friedman, or Beth Fegan) and include the purpose of the trip, dates of travel, and total estimated cost.  Once approved, please attach a copy of the email with expense reports or American Express bill.*

**AIR TRAVEL**
- Air travel should be booked at the most competitive coach rate.
- 7 days minimum booking suggested for the lowest rates.
- Consider refundable vs. non-refundable ticketing based on the likelihood that the trip may be cancelled or rescheduled.
- Indicate case number and purpose for the trip for billable travel on expense reports or American Express bill.

**HOTEL**
- Hotels should be booked at standard room rate for moderate to mid-range hotels.
- If stay is intended to be longer than 10 days, please explore other extended stay options for lower rates.
- HBSS does not reimburse for incidentals (i.e. in room mini-bar, movies or snacks).

**GROUND TRANSPORTATION**
- If a rental car is required and it is more cost effective than a taxi, please book the most appropriate rental car size based on the number of people traveling (i.e. compact or mid-size vehicle).
- HBSS carries its own General Liability Insurance policy covering rented autos so car insurance offered by the rental car company is <u>not</u> needed and should be declined.
- Refuel the vehicle prior to returning it to the rental car company to minimize costs.

**MEALS**
- Meal limits are set as follows which <u>includes</u> beverages, tax and gratuity.  This is NOT a "Per Diem Allowance" where you get reimbursed for meals whether you used it or not.  Any expenses over the limits will be considered a personal expense and will not be reimbursed.
    - Breakfast: $15          Lunch   $25          Dinner   $65
- If you entertain clients or other HBSS personnel, please include the names of individuals you entertained and what was discussed on your itemized receipts.  If this detail is not provided, Accounting will have to assume it is a personal expense with the above limits per meal.

**DOCUMENTATION**
Please compete an expense report or provide your American Express bill <u>with</u> itemized receipts. Any of your reports/bills may be individually audited at any time.  Any expenses that fall outside of the above guidelines may not be reimbursable. Please consult with Accounting or Human Resources if you have any questions.

_____                    _____
Employee Signature                                                Print Name


_____
Date