IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Welspun Litigation* | No. 1:16-cv-06792-RJS-DCF |

## MOTION TO INTERVENE

Based upon the accompanying Memorandum of Law and arguments contained therein, as well as this Court's December 12, 2016 Order (Doc. No. 30), Plaintiffs Elise Aasgaard, Nicole Jauer Reynolds, and Michelle Blair move to intervene as Plaintiffs and proposed class representatives pursuant to Federal Rules of Civil Procedure 24(b).

Respectfully submitted this 15th day of December 2016.

By: /s/ Bruce W. Steckler
Bruce W. Steckler
R. Dean Gresham *(pro hac vice forthcoming)*
Stuart L. Cochran *(pro hac vice forthcoming)*
STECKLER GRESHAM COCHRAN PLLC
12720 Hillcrest Rd., Ste. 1045
Dallas, TX 75230
Tel: 972.387.4040
Fax: 972.387.4041
bruce@stecklerlaw.com
dean@stecklerlaw.com
stuart@stecklerlaw.com

Matthew H. Armstrong *(pro hac vice forthcoming)*
ARMSTRONG LAW FIRM LLC
8816 Manchester Rd., No. 109
St. Louis MO 63144
Tel: 314-258-0212
matt@mattarmstronglaw.com

Attorneys for Intervening Plaintiffs and the Putative Class

---

In light of Defendant Welspun USA's consent (Doc. No. 41), IT IS HEREBY ORDERED that the motion to intervene is granted. The Clerk is respectfully directed to terminate the motion pending at docket number 37.

SO ORDERED
Dated: 12/29/16
RICHARD J. SULLIVAN
U.S.D.J.

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/16