March 7, 2017

<u>VIA ECF</u>

The Honorable Debra C. Freeman
United States Magistrate Judge
United States District Court for the
   Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:    *In re Welspun Litigation*, Case No. 1:16-cv-06792-RJS

Dear Judge Freeman:

      The undersigned represent Plaintiffs Harold Brower, Judi Talili, Samuel Jividen, and Ashley Mistler and Defendant Welspun USA, Inc. in the above matter. Further to Your Honor's request during the telephone conference on February 10, 2017, the parties write to inform Your Honor in advance of the March 9, 2017 telephone conference that the parties have elected to proceed with private mediation. Specifically, the parties have selected Richard J. Holwell, former U.S. District Court Judge for the Southern District of New York, to serve as the mediator in this dispute and are in the process of reaching out to retain him and schedule mediation. The parties anticipate that mediation will occur within four months. Given that the parties have agreed to proceed with private mediation in an attempt to resolve this dispute, we do not anticipate the need to raise any issues with Your Honor on March 9, 2017. The parties therefore request to cancel the scheduled conference unless Your Honor has any issues to raise at this time.

      Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

| BURSOR & FISHER, P.A. | KIRKLAND & ELLIS LLP |
|---|---|
| By: *[signature]* /BFC | By: *[signature]* /BFC |
| Scott A. Bursor | Joseph Serino, Jr., P.C. |
| Joseph I. Marchese | Atif Khawaja, P.C. |
| Frederick J. Klorczyk III | Warren Haskel |
| 888 Seventh Avenue | 601 Lexington Avenue |
| New York, NY 10019 | New York, NY 10022-4611 |
| Telephone: (646) 837-7150 | Telephone: (212) 446-4800 |
| Facsimile: (212) 989-9163 | Facsimile: (212) 446-4900 |
| scott@bursor.com | jserino@kirkland.com |
| jmarchese@bursor.com | akhawaja@kirkland.com |
| fklorczyk@bursor.com | whaskel@kirkland.com |
| *Interim Class Counsel* | *Counsel for Defendant Welspun USA, Inc.* |