# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**  
**NEW YORK, NY 10019**  
www.bursor.com

**SCOTT A. BURSOR**  
Tel: **212.989.9113**  
Fax: **212.989.9163**  
scott@bursor.com

March 17, 2017

*By ECF and Email*

The Honorable Richard J. Sullivan  
U.S. District Court for the Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007  
sullivannysdchambers@nysd.uscourts.gov

> *Re:* *In re Welspun Litigation*, Case No. 1:16-cv-06792-RJS-DCF  
> [Rel. Case No. 16-cv-08662-RJS-DCF]

Dear Judge Sullivan:

      On March 10, 2017, Plaintiffs in *In re Welspun Litigation* filed a pre-motion letter regarding their intended motion to consolidate this action with a related case, *Monahan v. Wal-Mart Stores, Inc.*, No. 16-cv-08662-RJS-DCF ("*Monahan*"). (*In re Welspun Litig.* Dkt. No. 75.) Plaintiff in *Monahan* filed a response to that letter on March 15, 2017, in the *Monahan* docket only, stating that she does not oppose consolidation. (*Monahan* Dkt. No. 24). However, the *Monahan* plaintiff also asked your Honor to set a briefing schedule for her intended motion for lead counsel under F.R.C.P. 23(g) for claims against retailers, despite the fact that Bursor & Fisher P.A. has already been appointed interim lead counsel in *In re Welspun Litigation*. (Dkt. No. 58.)

      The *Monahan* plaintiff raised that request for the first time in her response to the March 10, 2017, pre-motion letter, and Rule 2.A of Your Honor's Individual Rules and Practices prohibit reply letters. Accordingly, Plaintiffs in *In re Welspun Litigation* respectfully request permission to file a brief response to the *Monahan* plaintiff's request for briefing on her proposed Rule 23(g) motion.

      Respectfully submitted,

      Scott A. Bursor

CC: All counsel of record (via ECF)