UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/18

IN RE WELSPUN LITIGATION

No. 16-cv-6792 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On May 4, 2018, the parties submitted a joint letter setting forth a discovery dispute between Plaintiffs and Defendant Walmart. (Doc. No. 151.) The dispute concerns certain documents sought by Plaintiffs pertaining to an internal investigation conducted by Walmart in 2008. (*Id.* at 1.) The Court's Individual Rule 2.G requires that before the parties to any litigation may file a joint discovery dispute letter with the Court, "the parties shall confer in an effort to resolve the dispute without court action, and the joint letter shall describe the time, place and duration of such discussions, naming the counsel involved." However, here, according to Defendant, Plaintiffs' counsel "was unwilling to engage in a meaningful meet-and-confer, choosing instead to pursue Court intervention." (Doc. No. 151 at 6.)

In light of Defendant's representation, IT IS HEREBY ORDERED THAT counsel for Plaintiffs shall show cause in writing, no later than May 15, 2018, why he should not be sanctioned for failing to comply with the Court's Individual Rule 2.G.

SO ORDERED.

Dated:   May 7, 2018
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE