UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WELSPUN LITIGATION

No. 16-cv-6792 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/18

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the following submissions:

- A joint letter setting forth a discovery dispute between Plaintiffs and Defendant Walmart (Doc. No. 151);
- Submissions pertaining to the Court's Order to Show Cause why Plaintiffs should not be sanctioned for failing to comply with the Court's Individual Rule 2.G (Doc. Nos. 154, 157);
- A premotion letter from Plaintiffs seeking leave to file a motion to amend the Consolidated Amended Complaint, and an opposition letter from Defendants (Doc. Nos. 155, 158); and
- A joint letter from the parties requesting an adjournment of the briefing schedule for class certification (Doc. No. 160).

IT IS HEREBY ORDERED THAT the parties shall appear for a status conference on Tuesday, July 3, 2018 at 11:00 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

IT IS FURTHER ORDERED THAT the parties' joint request to stay the current briefing schedule for class certification pending resolution of Plaintiffs' proposed motion to amend the complaint and Defendants' challenges to the pleadings is GRANTED. (Doc. No. 160.)

SO ORDERED.

Dated:   June 12, 2018
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE