UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



IN RE WELSPUN LITIGATION

No. 16-cv-6792 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The conference in this matter originally scheduled to occur on July 3, 2018 shall instead take place on July 17, 2018 at 10:30 a.m. The Court regrets any inconvenience caused by this necessary change.

SO ORDERED.

Dated:   July 9, 2018
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE