UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WELSPUN LITIGATION

No. 16-cv-6792 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT the conference in this matter originally scheduled to occur on August 1, 2018 shall instead take place on August 3, 2018 at 11:30 a.m. The Court regrets any inconvenience caused by this necessary change

SO ORDERED.

Dated:   July 26, 2018
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE