UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WELSPUN LITIGATION

No. 16-cv-6792 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated on the record at today's hearing, IT IS HEREBY ORDERED THAT Plaintiffs shall file their amended complaint no later than August 20, 2018, and Defendants shall respond with a proposed supplemental briefing schedule no later than August 27, 2018. IT IS FURTHER ORDERED THAT Defendants shall submit an accounting of fees associated with briefing the portions of their motions to dismiss pertaining to the deficiencies in Plaintiffs' New York General Business Law claims no later than August 27, 2018. Finally, IT IS FURTHER ORDERED THAT the parties shall file a joint status letter with the Court no later than August 17, 2018 setting forth the status of the currently pending discovery dispute.

SO ORDERED.

Dated:   August 3, 2018
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE