UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WELSPUN LITIGATION

No. 16-cv-6792 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the parties' August 17, 2018 joint letter, which states that they have been unable to resolve their pending discovery dispute. (Doc. No. 169.) It is a "long-standing and routine" practice "in cases involving claims of privilege" for a court to review "an *in camera* submission of materials that counsel contends are privileged." *In re Grand Jury Subpoena Dated July 6, 2005*, 510 F.3d 180, 184 (2d Cir. 2007). Accordingly, IT IS HEREBY ORDERED THAT, by August 27, 2018, Defendant Walmart shall submit to the Court for *in camera* review the documents described in its revised privilege log. (*Id.* Ex. A.)

SO ORDERED.

Dated:   August 17, 2018
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE