

# Steckler | Gresham | Cochran

Stuart Cochran
stuart@stecklerlaw.com

May 30, 2019

```
USDC SDNY
DOCUME...
ELECTRO...  ...LY FILED
DOC #:_____
DATE FILED: 5/30/19
```

**_Via ECF Filing_**

Hon. Vincent L. Briccetti
United States District Judge
300 Quarropas St., Room 360
White Plains, NY 10601

      Re:    Civil Action Number: 16-CV-6792(VB); *In re Welspun Litigation*

Dear Judge Briccetti,

      My law firm, Steckler Gresham Cochran PLLC, was former counsel of record for Intervenor Plaintiffs Aasgaard, Nicole Reynolds, and Michelle Blair in the above-referenced case. On August 31, 2018, the Court granted the Motion to Withdraw for Bruce Steckler, R. Dean Gresham, and myself. Dkt. 179.

      At 12:14 p.m. (CST) today, I was forwarded a copy of the Court's Order requiring all counsel to appear for a conference tomorrow, May 31, 2019, at 11:30 a.m. Although we are no longer counsel of record, we are identified in the underlying papers submitted to the Court. I am attempting to arrange travel for personal appearance at the hearing on my firm's behalf. However, I am having great difficulty in finding any available flights. Given that I am in Dallas, Texas, I respectfully request the Court's permission to appear telephonically at tomorrow's hearing.

      Your consideration of this matter is appreciated.

Sincerely,

*Stuart L. Cochran*
Stuart L. Cochran

*[Handwritten note:] Counsel may attend the 5/31/2019 conference by calling Chambers at (914) 390-4166. APPLICATION GRANTED. SO ORDERED. [signature] 5/30/2019*
Hon. Vincent L. Briccetti
United States District Judge

12720 Hillcrest Road   Suite 1045   Dallas, Texas 75230
Phone (972) 387.4040   Fax (972) 387.4041
www.StecklerLaw.com