

O 602.840.5900  F 602.840.3012

Robert B. Carey
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 WEST JEFFERSON STREET, SUITE 1000
PHOENIX, AZ  85003
www.hbsslaw.com
**Direct (602) 224-2626**
rob@hbsslaw.com

May 30, 2019

**VIA ELECTRONIC COURT FILING**

The Honorable Vincent L. Briccetti
United States District Court
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY  10601

   Re: *In Re Welspun Litigation*, 16-CV-6792 (VB)

Dear Judge Briccetti:

  On behalf of Plaintiffs Donald Blair, Debbie Holland, Meghan Abbott, and Dorothy Monahan, the undersigned counsel jointly file this letter motion requesting permission to be excused from having to appear and participate in person or telephonically at the May 31, 2019, conference [Dkt 215] regarding the Motion for an Order to Show Cause re Contempt and for Preliminary Injunction and Temporary Restraining Order.  Alternatively, counsel requests permission to appear telephonically.

  On May 29, 2019, Scott Bursor, as interim lead counsel, filed Plaintiffs' Motion for an Order to Show Cause re Contempt, a Declaration in support, and a proposed Order to Show Cause re Contempt and for Preliminary injunction and Temporary Restraining Order.  Undersigned counsel was served a copy of the Court's Order on May 30, 2019, at 10:14 a.m. AZ time requiring all counsel to appear.

  The undersigned counsel are not attorneys against whom the Order to Show Cause was directed, and were not involved in the "Illinois Settlement" that is the subject of the motion.  Because undersigned counsel was not involved in the "Illinois Settlement," Scott Bursor does not oppose counsels' request to be excused from attending the hearing.

The Honorable Vincent L. Briccetti
May 30, 2019
Page 2


Respectfully submitted,

| | |
|---|---|
| Robert B. Carey *(pro hac vice)*<br>Leonard W. Aragon *(pro hac vice)*<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson Street, Suite 1000<br>Phoenix, Arizona 85003<br>Telephone: (602) 840-5900<br>Facsimile: (602) 840-3012<br>rob@hbsslaw.com<br>leonard@hbsslaw.com<br><br>Stuart M. Paynter *(pro hac vice)*<br>THE PAYNTER LAW FIRM PLLC<br>1200 G. Street NW, Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 626-4486<br>Facsimile: (866) 734-0622<br>stuart@paynterlawfirm.com | Jason A. Zweig<br>555 Fifth Avenue, Suite 1700<br>New York, NY 10017<br>Telephone: (212) 752-5455<br>Facsimile: (212) 210-3980<br>jasonz@hbsslaw.com<br><br>Robert B. Carey *(pro hac vice)*)<br>Leonard W. Aragon *(pro hac vice)*<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson Street, Suite 1000<br>Phoenix, Arizona 85003<br>Telephone: (602) 840-5900<br>Facsimile: (602) 840-3012<br>rob@hbsslaw.com<br>leonard@hbsslaw.com<br><br>Stuart M. Paynter *(pro hac vice)*<br>THE PAYNTER LAW FIRM PLLC<br>1200 G. Street NW, Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 626-4486<br>Facsimile: (866) 734-0622<br>stuart@paynterlawfirm.com<br><br>*Attorneys for Plaintiffs Meghan Abbott and Dorothy Monahan* |

cc:   All Counsel of Record (via ECF)