

570 Broad Street / Suite 1201 / Newark, NJ 07102
**P:** 973.623.3000 / **F:** 973.623.0858 / litedepalma.com

Newark | Chicago | Philadelphia

May 30, 2019

**VIA ECF**
Hon. Vincent L. Briccetti
United States District Judge
300 Quarropas St., Room 360
White Plains, NY 10601

    Re:   *In re Welspun Litigation*
              **Civil Action Number: 16-cv-6792(VB)**

Dear Judge Briccetti:

      I am writing to request that the Court excuse me from having to appear and participate in the May 31, 2019 conference regarding the Motion for an Order to Show Cause, Dkt. No. 215, and that Your Honor grant the enclosed Motion to Withdraw as Counsel of Record. Alternatively, I request the Court's permission to appear telephonically tomorrow.

      My law firm, Lite DePalma Greenberg, LLC, has not been involved with representing the plaintiffs or putative class since prior to January 26, 2017, when the Court appointed Bursor & Fisher as lead counsel, and does not currently represent any of the plaintiffs. My firm is not referenced in the Order to Show Cause motion. Nor has it had any involvement with the "Illinois Settlement" that is the subject of the motion.

      Lead Counsel for the plaintiffs, Bursor & Fisher, P.A., have no objection to my request.

      Your consideration of this matter is appreciated.

                              Respectfully submitted,

                              */s/ Jeremy Nash*

                              Jeremy Nash

JN:emp

496377.1