# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

| | | |
|---|---|---|
| Warren Haskel<br>To Call Writer Directly:<br>(212) 446-5927<br>warren.haskel@kirkland.com | (212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

June 17, 2019

**By ECF**

Honorable Vincent L. Briccetti
United States District Judge
United States District Court for the Southern
District of New York
300 Quarropas St.
White Plains, NY 10601

      Re:    *In re Welspun Litigation*, Case No. 16 CV 06792 (VB)

Dear Judge Briccetti:

      The undersigned counsel for the Defendants in this action submit this Letter Motion to request an extension from June 17, 2019 to July 8, 2019 of each Defendant's time to file an answer with any affirmative defenses to the surviving claims in the CSAC. Plaintiffs consent to this request, as indicated in the Stipulated Agreement and [Proposed] Order that is an exhibit to this Letter Motion.

      This request is being sought in light of the parties' continued discussions to resolve Plaintiffs' issues regarding the settlement in *Hansen-Mitchell, et al. v. Welspun USA Inc., et al.*, Case No. 19 L 391, currently pending in the Circuit Court of Illinois, 20th Judicial Circuit, St. Clair County, Illinois. These discussions about the *Hansen-Mitchell* action could not only resolve Plaintiffs' concerns about that action, but also obviate the need for answers to be filed in this action. This is the second request for an extension of Defendants' time to answer the CSAC; the Court previously granted Defendants' first request for extension on May 29, 2019, which was requested due to the numerous allegations in the CSAC.

      Thank you for Your Honor's consideration of this matter.

# KIRKLAND & ELLIS LLP

Honorable Judge Vincent L. Briccetti
June 17, 2019
Page 2

Respectfully submitted,

KIRKLAND & ELLIS LLP

By: /s/ Warren Haskel
Atif Khawaja, P.C.
Warren Haskel
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
akhawaja@kirkland.com
whaskel@kirkland.com

*Counsel for Defendants Welspun USA, Inc., Welspun India Ltd., and Bed Bath & Beyond Inc*

Joseph Serino, Jr.
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1717
Facsimile: (212) 751-4864
joseph.serino@lw.com

*Counsel for Defendants Welspun USA, Inc. and Welspun India Ltd.*

COHEN & GRESSER

By: /s/ Nathaniel P.T. Read
Mark S. Cohen
Nathaniel P.T. Read
Luke Appling
800 Third Avenue
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
cohen@cohengresser.com
nread@cohengresser.com

*Counsel for Defendant Wal-Mart Stores, Inc.*

MORRISON & FOERSTER

By: /s/ Jamie A. Levitt
Jamie A. Levitt
Steven T. Rappaport
Chanwoo Park
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8203
Facsimile: (212) 903.7869
JLevitt@mofo.com
SRappoport@mofo.com
CPark@mofo.com

*Counsel for Defendant Target Corporation*