UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Welspun Litigation* | Case No. 16-cv-06792-VB<br><br>STIPULATED AGREEMENT AND [PROPOSED] ORDER |

WHEREAS, the Court's May 20, 2019, Opinion and Order [Dkt. No. 206] provided that "[b]y June 3, 2019, defendants shall file answers to the surviving claims" in the Consolidated Second Amended Class Action Complaint ("CSAC") in this action; and

WHEREAS, the Court on May 29, 2019 granted Defendants' request to extend their time to file answers with any affirmative defenses to the surviving claims in the CSAC through and including June 17, 2019 [Dkt. No. 212];

WHEREAS, Plaintiffs have agreed to Defendants' request to extend their time to file answers with any affirmative defenses to the surviving claims in the CSAC through and including July 8, 2019;

IT IS HEREBY AGREED that the time for each Defendant to file an answer with any affirmative defenses to the surviving claims in the CSAC is extended through and including July 8, 2019.

SO STIPULATED AND AGREED.

BURSOR & FISHER, P.A.

By: _/s/ Scott A. Bursor_
Scott A. Bursor
Joseph I. Marchese
888 Seventh Avenue
New York, NY 10019

KIRKLAND & ELLIS LLP

By: _/s/ Warren Haskel_
Atif Khawaja, P.C.
Warren Haskel
601 Lexington Avenue
New York, NY 10022-4611

| | |
|---|---|
| Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>scott@bursor.com<br>jmarchese@bursor.com | Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>akhawaja@kirkland.com<br>whaskel@kirkland.com |
| Joel D. Smith (admitted *pro hac vice*)<br>Frederick J. Klorczyk III<br>BURSOR & FISHER, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>jsmith@bursor.com<br>fklorczyk@bursor.com | *Counsel for Defendant Welspun India Ltd., Welspun USA, Inc., and Bed Bath & Beyond Inc.*<br><br>Joseph Serino, Jr.<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Telephone: (212) 906-1717<br>Facsimile: (212) 751-4864<br>joseph.serino@lw.com |
| *Interim Class Counsel* | *Counsel for Defendants Welspun USA, Inc. and Welspun India Ltd.* |
| COHEN & GRESSER LLP | MORRISON & FOERSTER LLP |
| By:  /s/ Nathaniel P.T. Read<br>Mark S. Cohen<br>Nathaniel P. T. Read<br>800 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 957-7600<br>Facsimile: (212) 957-4514<br>mcohen@cohengresser.com<br>nread@cohengresser.com | By:  /s/ Jamie A. Levitt<br>Jamie A. Levitt<br>Steven T. Rappoport<br>Chanwoo Park<br>250 West 55th Street<br>New York, NY 10019<br>Telephone: (212) 468-8000<br>JLevitt@mofo.com  SRappoport@mofo.com<br>CPark@mofo.com |
| *Counsel for Defendant Walmart Inc. s/h/a Wal-Mart Stores, Inc.* | *Attorneys for Defendant Target Corporation* |

SO ORDERED this ____ day of _____, 2019
    New York, New York

                                                    _____
                                                    Vincent L. Briccetti
                                                    United States District Judge

2